IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS, INDIANA

| | |
|---|---|
| JOHANNA 'JO' CARLIN )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>IVY TECH COMMUNITY COLLEGE )<br>    Defendant. ) | Cause No. 1:25-cv-1127 |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, name-above, complains of acts and omissions by the Defendant. In support of her Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

**JURISDICTION**

1. This suit is authorized and instituted pursuant to the Age Discrimination in Employment Act ("ADEA"), and Title VII 42 U.S.C. § 2000e.

2. Plaintiff filed a charge with the Equal Employment Opportunity Commission ("EEOC") and received a notice to sue on March 20, 2025.

**PARTIES**

3. The Plaintiff is a woman over the age of forty-eight who lived in the Southern District of Indiana at all relevant times.

4. Defendant is a corporation doing business in the State of Indiana in the Southern District of Indiana.

**FACTS**

5. On or around October 19, 2020, Plaintiff began working for Ivy Tech Community College ("Defendant") as the Vice President of Recruitment and Enrollment Management.

6. Plaintiff performed her job well.

7. Throughout her employment, Plaintiff was subjected to disparate treatment based on her sex and age.

8. On multiple occasions, Plaintiff complained to her supervisor, Dean McCurdy, that she was being treated less favorably than her male co-workers and that she was being subjected to a hostile work environment. These complaints were ignored, and no corrective action was taken.

9. On or about May 20, 2024, Plaintiff was informed that she was being terminated from her position for allegedly using the word "fuck" during a heated exchange with a co-worker.

10. Plaintiff acknowledges the use of the word during the incident but asserts that this language was not uncommon in the workplace and that similarly situated employees—particularly younger male employees, including Dean McCurdy himself—used the same or worse language in similar contexts without being disciplined or terminated.

11. After her termination, Plaintiff was replaced by an individual who is both outside of her protected classes and significantly less qualified in terms of education and experience.

12. Plaintiff was terminated due to her age.

13. Plaintiff was terminated due to her gender.

14. Plaintiff was terminated due to engaging in protected activity.

## COUNT I

15. Plaintiff incorporates by reference paragraphs 1-14.

16. Defendant, as a result of terminating Plaintiff due to her age, violated the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621–634.

## COUNT II

17. Plaintiff incorporates by reference paragraphs 1-14.

18. Defendant, as a result of terminating Plaintiff due to her gender violated Title VII, 42 U.S.C. § 2000e.

## COUNT III

19. Plaintiff incorporates by reference paragraphs 1-14.

20. Defendant, as a result of terminating Plaintiff due to Plaintiff engaging in protected activity violated Title VII, 42 U.S.C. § 2000e.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay and benefits lost;

B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life;

C. Award Plaintiff punitive damages;

D. Award Plaintiff her cost in this action and reasonable attorney fees;

E. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully Submitted,

s//Amber K. Boyd
Amber K. Boyd #31235-49
Attorney for Plaintiff

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff and requests that this cause be tried by a jury.

Respectfully Submitted,

s//Amber K. Boyd
Amber K. Boyd #31235-49
Attorney for Plaintiff

Amber K. Boyd 31235-49
Amber K. Boyd Attorney at Law
8506 Evergreen Avenue
Indianapolis, in 46240
(317) 960-5070